PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

for the

District of Alaska

UNITED STATES OF AMERICA

v.   Case No.   A00-0023-01 CR (HRH)

Technic Services, Inc.

RECEIVED
JAN 1 0 2006
CHAMBERS U.S. DISTRICT JUDGE
H. RUSSEL HOLLAND

On January 12, 2001, the above-named organization was placed on probation for a term of five years and was given a fine of $600,000 and a special assessment of $800. During the period of supervision, the organization remained inactive and without assets or income, while the owner, Rick Rushing, served a prison sentence. Rushing was released from prison on February 28, 2005, but did not resurrect the corporation. The fine and special assessment have therefore not been paid during the term of supervision; however, the term of probation is set to expire on January 11, 2006. The U.S. Attorney's Office may continue collection efforts after the expiration of the term of supervision if the organization is ever activated and therefore it is recommended that the defendant organization be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

Eric D. Odegard   1/11/06
Eric D. Odegard
Supervising U.S. Probation/Pretrial Services Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 1/11/06 of _____, 20____.

H. Russel Holland
Senior U.S. District Court Judge